## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**WARITH T. A. ZAJRAEL**                                                                    **PLAINTIFF**
**ADC #094066**

**V.**                    **CASE NO.: 5:10CV00130 JMM/BD**

**DOUBLEDAY LARGE PRINT BOOK CLUB,**
**et al.**                                                                                  **DEFENDANTS**

### ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the recommendation, the timely objections received thereto (docket # 9 and # 8), as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Plaintiff's claims are DISMISSED WITH PREJUDICE. The Court certifies that this dismissal counts as a "strike" for purposes of 28 U.S.C. § 1983 and that an appeal of this dismissal would be frivolous and not taken in good faith.

FURTHER, all pending motions (docket # 7, #8, and #10) are DENIED as moot.

IT IS SO ORDERED, this 30th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE