## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**WARITH T. A. ZAJRAEL**                                                     **PLAINTIFF**
**ADC #094066**

**V.**                         **CASE NO.: 5:10CV00130 JMM/BD**

**DOUBLEDAY LARGE PRINT BOOK CLUB,**
**et al.**                                                              **DEFENDANTS**


### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 30th day of June, 2010.


_____
UNITED STATES DISTRICT JUDGE